UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81269-CIV-DIMITROULEAS/SNOW

J. PENNOCK GRAHAM *et al.*,

    Plaintiffs,

vs.

CYPRESS CAPITAL GROUP, INC. *et al.*,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice [DE 60], filed on July 20, 2012. The Court has carefully considered the Stipulation, notes the signatures of the parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal With Prejudice [DE 60] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 20th day of July, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record